## Medley *v.* Clover, Appellant.

Argued January 18, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*J. Webster Jones,* for appellant.

*James Patrick Garrity,* Solicitor, with him *Milton C. Sharp,* General Counsel, for Redevelopment Authority, appellee.

OPINION PER CURIAM, September 26, 1967:
Decrees affirmed, costs to be borne by appellant.